IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JOANN C. YUILL,**

    **Plaintiff,**

**v.**                     **//**    **CIVIL ACTION NO. 1:06CV150**
                                          (Judge Keeley)

**UNITED STATES OF AMERICA,**

    **Defendant.**

**ORDER GRANTING PARTIES' JOINT MOTION TO CONTINUE
AND AMENDING SCHEDULING ORDER**

For good cause shown, the Court **GRANTS** the parties' joint motion to continue the April 1, 2008 trial date (dkt. no. 28) and continues the trial date until **August 12, 2008 at 9:30 a.m.** at the **Clarksburg, West Virginia** point of holding court. Further, the Court amends the Scheduling Order previously entered on June 25, 2007, and **ORDERS** that the following list of dates and deadlines will control the progression of this case:

| TABLE OF DATES AND DEADLINES | |
| --- | --- |
| COMPLETION OF DISCOVERY | May 2, 2008 |
| PARTIES TO CONDUCT PRIVATE MEDIATION | May 1, 2008 |
| MEDIATION REPORT | Mediation report is due within ten (10) days after the completion of the mediation. |
| DISPOSITIVE MOTIONS | June 2, 2008 |
| RESPONSE TO DISPOSITIVE MOTIONS | June 18, 2008 |
| REPLY TO DISPOSITIVE MOTIONS | June 27, 2008 |

**ORDER GRANTING PARTIES' JOINT MOTION TO CONTINUE
AND AMENDING SCHEDULING ORDER**

| | |
|---|---|
| PROPOSED VOIR DIRE, JURY INSTRUCTIONS, VERDICT FORMS & SPECIAL INTERROGATORIES | July 28, 2008 |
| MOTIONS IN LIMINE | July 23, 2008 |
| RESPONSES TO MOTIONS IN LIMINE | July 28, 2008 |
| JOINT PRETRIAL ORDER | July 28, 2008 |
| PRETRIAL CONFERENCE/FINAL SETTLEMENT CONFERENCE | August 1, 2008 10:00 a.m. |
| TRIAL DATE | August 12, 2008 9:30 a.m. first |
| PLAINTIFF'S FINAL LIST OF WITNESSES AND EXHIBITS | July 23, 2008 |
| DEFENDANT'S FINAL LIST OF WITNESSES AND EXHIBITS | July 23, 2008 |
| OBJECTIONS TO FINAL LIST OF WITNESSES AND EXHIBITS | July 28, 2008 |
| PLAINTIFF'S INTERROGATORIES AND DEPOSITIONS TO BE USED AT TRIAL | July 23, 2008 |
| DEFENDANT'S INTERROGATORIES AND DEPOSITIONS TO BE USED AT TRIAL | July 23, 2008 |
| OBJECTIONS TO INTERROGATORIES AND DEPOSITIONS | July 28, 2008 |
| STIPULATION OF FACTS | July 28, 2008 |
| PROPOSED EXPERT WITNESS BIOGRAPHICAL SKETCHES | July 28, 2008 |
| DESIGNATION OF JOINT EXHIBITS | July 25, 2008 |

It is so **ORDERED.**

YUILL V. USA                                                    1:06CV150

**ORDER GRANTING PARTIES' JOINT MOTION TO CONTINUE
AND AMENDING SCHEDULING ORDER**

The Clerk is directed to transmit copies of this Scheduling Order to counsel of record.

DATED: January 11, 2008.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE